# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

SIDNEY JOHNSON

LAKESHA JOHNSON

v.

(Full name of defendant(s))

LINDSAY KUEHN

U.S. District Court
Wisconsin Eastern

FEB 26 2026

FILED
Clerk of Court

Case Number:

**26-C-329**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Minnesota__ and resides at
   (State)

   __P.O. Box 48513, Coon Rapids, MN 55448__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Lindsay Kuehn__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)

and (if a person) resides at _1229 Ed Mar Cir, Waukesha, WI 53188_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____N/A_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On September 29, 2025, Plaintiffs were in route driving on I-94W, with their 3 children to Minnesota where they resided. Once becoming aware that the Plaintiffs were headed to Minnesota, the Defendant followed the Plaintiffs, from Waukesha, WI to Deforest, WI in order to kidnap their child. While following the Plaintiffs, the Defendant texted the Plaintiffs' child and used manipulation, deception, and malicious acts to convince the Plaintiffs' child to convince the Plaintiffs to stop at a

Complaint – 2

gas station for a bathroom break. The Defendant used the malicious acts to convince the Plaintiffs' child to runaway, be picked up by the Defendant, and taken back to her home in Waukesha, WI. After filing a missing person report, their child was located at the Defendant's house and Plaintiffs were told, by Waukesha Police to come get their child. After driving from Minnesota to Wisconsin and arriving to get their teenage daughter, the Defendant had kidnapped her and left again. The Plaintiffs hasn't seen their child since. The Defendant went on to file paperwork in the Court, containing false information, in attempt to get custody of the Plaintiffs' child. The Defendant has defamed the Plaintiffs' character and slandered their names, by making many false statements and spreading lies. The Defendant's manipulation and cohesion to kidnap their child, along with her other malicious acts, has caused the Plaintiffs an enormous amount of emotional distress, pain and suffering, and costed them money. Their daughter is dressing provocative, having sex, and using drugs at 14 yrs old.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 20,000,000.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiffs, each, are seeking compensatory and punitive damages from the Defendant in the sum of $20,000,000. Plaintiffs also seeks the ownership of the Defendant's assets, as payment for any damages that can't be paid by the Defendant. Plaintiffs are seeking an emergency order to return their child back to her parents, the Plaintiffs, and issue a permenant restraining order to ensure their safety from the Defendant.

E.    JURY DEMAND

     I want a jury to hear my case.

     ☑ – YES       ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __19th__ day of __February__ 20__26__.

     Respectfully Submitted,

     _Sidney Johnson_
     Signature of Plaintiff

     (346) 210-8023
     Plaintiff's Telephone Number

     bluice6060@gmail.com
     Plaintiff's Email Address

     P.O. Box 48513
     Coon Rapids, MN 55448
     (Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

A. PARTIES

1. Plaintiff, Lakesha Johnson, is a citizen of Minnesota and resides at P.O. Box 48513, Coon Rapids, MN 55448.

E. JURY DEMAND

I, Lakesha Johnson, do want a jury to hear my case.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 19th day of February 2026.

Respectfully Submitted,
*Lakesha* (signature)
(763) 204-4311
johnsonlakesha44@gmail.com
P.O. Box 48513
Coon Rapids, MN 55448